IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 15-33176-maw |
| Francis & Patricia Dumbuya, ) | CHAPTER 13 |
| Debtors, ) | JUDGE MARY ANN WHIPPLE |
| ) | **OBJECTION TO MOTION TO WITHDRAW AS COUNSEL FOR OCWEN** |

**NOW COME** Debtors, Francis & Patricia Dumbuya, (hereinafter "Debtors"), by and through their undersigned counsel, Matthew B. Bryant, Esq., who hereby object to the Motion to Withdrawal as Counsel for Ocwen in this case. See Doc. No. 152. For cause, this matter has been delayed by Ocwen, as detailed by Debtors' Objection to Ocwen's Late-Filed Proof of Claim. See Doc. No. 133. Specifically, after the claims bar date, Ocwen was permitted additional time to file a proof of claim. Id. No claim was filed. Thereafter, despite involvement by counsel for Ocwen with Debtors' Counsel, no resolution was ever possible due to lack of authorization by Ocwen. Further, as this Honorable Court will likely recall, several hearings have been had where Ocwen's counsel never had any authorization concerning this case. Finally, a late-filed proof of claim came out of the blue and without authority. See Claim No. 35. Now, Ocwen's counsel seeks to withdraw, which may prejudice Debtors even further. As such, while Debtors respect Ocwen's counsel and assert that they have attempted to seek a resolution for their client, the case languishes to Debtors' detriment. As such, Debtors OBJECT to Ocwen's Motion to Withdraw as Counsel for Ocwen under the foregoing circumstances.

WHEREFORE, Debtors request that the Motion to Withdraw as Counsel for Ocwen be DENIED for the foregoing reasons, as the continued delay may prejudice Debtors even further.

Respectfully submitted,

/s/ Matthew B. Bryant
Matthew B. Bryant (0085991)
Of Counsel
Mockensturm Ltd.
1119 Adams Street
Toledo, OH 43604
Phone: (419) 724-3499
Email: Matthew@Mocktld.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Objection to Motion to Withdraw* has been served upon the following parties, on January 10, 2017 by electronic mail and/or first class mail as indicated herein:

Via Electronic Mail:

**15-33176-maw Notice will be electronically mailed to the U.S. Trustee, and:**

Matthew B. Bryant on behalf of Debtor Francis I. Dumbuya
mbryant@bryantlegalllc.com, matthew@mockltd.com;bryantlegalLLC@gmail.com

Matthew B. Bryant on behalf of Debtor Patricia Dumbuya
mbryant@bryantlegalllc.com, matthew@mockltd.com;bryantlegalLLC@gmail.com

Karl C. Kerschner on behalf of Creditor Ohio Department of Taxation
gtr@meyerkerschner.com, das@meyerkerschner.com

Nathan Joseph Kohler on behalf of Creditor OCWEN LOAN SERVICING, LLC, AS SERVICER FOR WELLS FARGO BANK, N.A. AS TRUSTEE FOR BEAR STEARNS ASSETBACKED SECURITIES I TRUST 2004-BO1
loubknotices@fenton-mcgarvey.com

Chrysostomos E. Manolis on behalf of Creditor Wells Fargo Bank NA
cmanolis@logs.com

Dennis M. Ostrowski on behalf of Creditor OCWEN LOAN SERVICING, LLC, AS SERVICER FOR WELLS FARGO BANK, N.A. AS TRUSTEE FOR BEAR STEARNS ASSETBACKED SECURITIES I TRUST 2004-BO1
loubknotices@fenton-mcgarvey.com

Elizabeth A. Vaughan
13ECFNotices@chapter13toledo.com, toledo13@ecf.epiqsystems.com

Daniel C. Wolters on behalf of Creditor Ocwen Loan Servicing, LLC
amps@manleydeas.com, dcwolters@manleydeas.com

Daniel C. Wolters on behalf of Creditor Wells Fargo Bank NA
amps@manleydeas.com, dcwolters@manleydeas.com

**Via U.S. Mail:**

INTERNAL REVENUE SERVICE
1240 EAST NINTH STREET RM 493
Cleveland, OH 44199

Ocwen Loan Servicing, LLC
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave
Suite 100
Boca Raton, FL 33487

Francis & Patricia Dumbuya, Debtors
2305 Applewood Dr.
Toledo, OH 43615

    Respectfully submitted,

    /s/ Matthew B. Bryant
    Matthew B. Bryant (0085991)